B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of ___Ohio (Columbus)_____

In re _Jill R Carter_____, Case No. __16-57205_____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

Phone: _972-347-4350_____
Last Four Digits of Acct #: _9994_____

Court Claim # (if known): 4
Amount of Claim: $84482.36
Date Claim Filed: 01/09/2017

Phone: _866-234-8271_____
Last Four Digits of Acct. #: _9994_____

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

Phone: _888-738-5873_____
Last Four Digits of Acct #: _9994_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Michelle R. Ghidotti-Gonsalves_____   Date: _12/13/2017_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
888-738-5873
814-217-1366 Fax
www.bsifinancial.com

October 3, 2017

43

Sent via First Class Mail

JILL R CARTER
21522 BUENA VISTA RD
ROCKBRIDGE, OH 43149

New Account Number:
Old Account Number:

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, ("BSI Financial"), effective 09/26/2017. The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan.

Wells Fargo Home Mortgage your prior servicer, was collecting your payments. Wells Fargo Home Mortgage will not accept any payments received by you after the day preceding 09/26/2017.

As your new servicer, BSI Financial will start accepting payments received from you on or after 09/26/2017.

BSI Financial will collect your payments going forward. As your new servicer, BSI Financial will start accepting payments received from you on or 09/26/2017.

**Send all payments due on or after 09/26/2017 to BSI Financial at this address:**
**BSI Financial Services**
PO Box 679002
Dallas, TX 75267

If you have any questions for either your prior servicer, Wells Fargo Home Mortgage or your new servicer BSI Financial, about your mortgage loan or this transfer, please contact them using the information below:

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_Southern_ District Of _Ohio (Columbus)_

In re _Jill R Carter_ ,    Case No. _16-57205_

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _4_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _12/13/2017_ (date).

Name of Alleged Transferor

Wells Fargo Bank, N.A.

Name of Transferee

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

Address of Alleged Transferor:

P.O. Box 10335
Des Moines, IA 50306

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                 _____
                                                **CLERK OF THE COURT**