**Fill in this information to identify the case:**

Debtor 1      Jill R Carter

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:      Southern      District of      Ohio
                                                                              (State)

Case number      2:16-bk-57205

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:    Mortgage Information**

**Name of creditor:**    U.S. Bank Trust National Association
as Trustee of the Igloo Series III Trust

**Court claim no.**  (if known):
4-1

**Last 4 digits** of any number you use to identify the debtor's account:    9    9    9    4

**Property address:**    21522 Buena Vista Road
Number        Street

Rockbridge            OH      43149
City                  State    ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                              $ _____

---

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    03 / 01 / 2020
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                            (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                      +  (b)  $ _____

c.  **Total.** Add lines a and b.                                                          (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                  ___ / ___ / ___
                                                         MM / DD / YYYY

---

| Debtor 1 | Jill R Carter | | | Case number *(if known)* | 2:16-bk-57205 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Itemized Payment History**

---

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:    Sign Here**

---

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Jon J. Lieberman | Date | 3 / 25 / 2020 |
|---|---|---|
| Signature | | |

| Print | Jon J. Lieberman | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Sottile and Barile, Attorneys at Law |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 394 Wards Corner Road, Suite 180 |
|---|---|
| | Number          Street |

| | Loveland | OH | 45140 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 513 ) 444 - 4100 | Email | bankruptcy@sottileandbarile.com |
|---|---|---|---|

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

In Re:                                      Case No. 2:16-bk-57205

Jill R Carter                               Chapter 13

Debtor.                                     Judge John E. Hoffman, Jr.

---

### CERTIFICATE OF SERVICE

---

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served
**electronically** on March 25, 2020 through the Court's ECF System on all ECF participants
registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on March 25, 2020 addressed to:

Jill R Carter, Debtor
21522 Buena Vista Road
Rockbridge, OH 43149

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor