# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 16-57205 |
| Jill R Carter | Chapter 13 |
| Debtor(s). | Judge John E. Hoffman, Jr. |

**AGREED RESPONSE TO MOTION TO DEEM MORTGAGE CURRENT (Doc 54)**

U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust ("Creditor"), by and through their undersigned counsel, hereby files this agreed response to the Trustee's Motion to Deem Mortgage Current filed on April 02, 2020.

1. Creditor agrees that the pre-petition arrearage claim of Creditor has been paid in full.

2. Creditor agrees that all ongoing post-petition mortgage payments have been made through the Final Payment Date, and that all such payments are deemed to have been made on a timely basis.

3. Creditor agrees that the mortgage obligation to Creditor is deemed current as of the Final Payment Date.

4. Creditor agrees to adjust its loan balance to reflect the balance delineated in the original amortization schedule (or if the loan was modified, modified amortization schedule) as of the Final Payment Date, and agrees any amounts in excess of that balance, including any

alleged arrearages, costs, fees or interest are discharged pursuant to 11 U.S.C. §1328.

        Respectfully Submitted,

        /s/ Jon J. Lieberman
        Jon J. Lieberman (0058394)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response was served **electronically** on April 20, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on April 20, 2020 addressed to:

    Jill R Carter, Debtor
    21522 Buena Vista Road
    Rockbridge, OH 43149

        /s/ Jon J. Lieberman
        Jon J. Lieberman (0058394)
        Attorney for Creditor